The Honorable Jamal Whitehead

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

RONALD BEAVER,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 2:26-mc-00026-JNW

**ORDER TO CONSOLIDATE**

**NOTE ON MOTION CALENDAR:**
June 11, 2026

Pursuant to Local Civil Rule 42, Respondent United States of America and Petitioner Ronald Beaver submit this stipulation to consolidate this case, *Ronald Beaver v. United States of America*, Case No. 2:26-mc-00026-JNW, with *Ronald Beaver v. United States of America*, Case No. 2:26-mc-00030-LK, *Ronald Beaver v. United States of America*, Case No. 2:26-mc-00029-LK, and *Ronald Beaver v. United States of America*, Case No. 2:26-mc-00035-TL.

The parties stipulate as follows:

1. Petitioner Ronald Beaver filed four petitions in the District Court for the Western District of Washington. All four are petitions to quash IRS third-party summonses. *See Ronald Beaver v. United States of America*, Case No. 2:26-mc-00030-LK; *Ronald Beaver v.*

Stipulation to Consolidate
(Case No. 2:26-mc-0026-JNW)

1

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C.  20044

*United States of America*, Case No. 2:26-mc-00029-LK; *Ronald Beaver v. United States of America*, Case No. 2:26-mc-00026-JNW; *Ronald Beaver v. United States of America*, Case No. 2:26-mc-00035-TL.

2. Federal Rule of Civil Procedure 42(a) permits consolidation of "actions before the court [that] involve a common question of law or fact."

3. Consolidation is appropriate because the cases involve identical parties and overlapping questions of law and fact.

4. Consolidation will allow the parties to move forward without concern for different rulings in each case. Consolidation also allows the Court to avoid hearing four cases that involve the same issues.

5. Consolidation will save time and money for the Court, Clerk's Office, and parties by avoiding the need to deal with the same issues multiple times. Combining cases would expedite the resolution of the cases and would not result in unfair prejudice to any party. Once the cases are consolidated, the Court will be able to deal with the issues more efficiently.

6. Pursuant to Local Civil Rule 42(b), counsel for the United States conferred with Petitioner regarding consolidation. Counsel for the United States and Petitioner agreed the cases should be consolidated and the consolidation should extend through the end of the cases.

7. The United States' original answer deadline in each case is as follows:

   a. *Beaver v. United States*, Case No. 2:26-mc-00030-LK: June 19, 2026

   b. *Beaver v. United States*, Case No. 2:26-mc-00029-LK: June 16, 2026

   c. *Beaver v. United States*, Case No. 2:26-mc-00026-JNW: June 26, 2026

   d. *Beaver v. United States*, Case No. 2:26-mc-00035-TL: not yet determined

      i. This case was filed on June 9, 2026 and Petitioner notified the United States of the case via email, but the United States has not yet been served.

Stipulation to Consolidate
(Case No. 2:26-mc-0026-JNW)

2

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C.  20044

8. The parties discussed scheduling timelines and propose the following agreed-upon briefing schedule for the consolidated case:

    a.  Respondent United States Answer deadline: July 7, 2026

    b.  Petitioner Beaver Response deadline: July 21, 2026

    c.  Respondent United States Reply deadline: July 28, 2026

9. In accordance with Local Civil Rule 42, a stipulation to consolidate will be filed in all four cases.

Respectfully submitted,

DATED: _____ June 11, 2026 _____

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

/s/ _____ Halsey Diakow _____
HALSEY DIAKOW (DC Bar No. 90027466)
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Email: Halsey.Diakow@usdoj.gov
*Counsel for the United States of America*

DATED: 6/11/2026

RONALD BEAVER
23515 NE Novelty Hill Rd
Suite B221-393
Redmond, WA 98053
(425) 923-4495
ronbeaverph@icloud.com
*Petitioner, in pro per*

**IT IS SO ORDERED.**

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE